TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorneys
     Federal Building, Suite 7211
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone:  (213) 894-6607
                 (213) 894-2740
     Facsimile:  (213) 894-0115
     E-mail:     robert.conte@usdoj.gov
                 john.ellis3@usdoj.gov

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cv-2904-RGK |
| Plaintiff, | Notice of Service of Waheeb G. Antakly |
| v. | |
| WAHEEB G. ANTAKLY and MARIA T. ANTAKLY, | Hon. R. Gary Klausner |
| Defendants. | |

## NOTICE OF SERVICE

The United States of America, on behalf of its agency the Internal Revenue Service, hereby provides notice that it served the summons and complaint in this matter on defendant Waheeb G. Antakly on May 12, 2021.  A proof of service is attached as Exhibit 1.

//

//

//

//

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Fed. R. Civ. P. 12, Waheeb G. Antakly must file a responsive pleading no later than June 2, 2021.

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated:  May 13, 2021

    /s/ John D. Ellis
JOHN D. ELLIS
ROBERT F. CONTE
Assistant United States Attorneys

Attorneys for the United States of America

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-02904

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Waheeb Antakly

was received by me on *(date)*  04/26/2021  .

☑ I personally served the summons on the individual at *(place)*  950 George Mason Dr
apt 410  Arlington VA 22206 *(date)*  5/12/2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  5/12/2021

_____
M. Cooper
*Server's signature*

Nicholas  Cooper (Revenue Officer)
*Printed name and title*

7980 Quantum Dr  Ste 3153 Vienna, VA
*Server's address*

Additional information regarding attempted service, etc:


Exhibit 1

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **May 14, 2021**, I served

**NOTICE of Service Waheeb G Antakly**

on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.  Date of mailing: **May 14, 2021**

Place of mailing: Los Angeles, California

**See attached list**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **May 14, 2021,** Los Angeles, California.


_/s/ Nancy Pavon_____

**Nancy Pavon**

RE: UNITED STATES OF AMERICA v. WAHEEB G ANTAKLY and MARIA ANTAKLY

CASE NO.: 2:21-cv-2904

<u>Service List</u>

Waheeb Antakly
950 S. George Mason Dr.
Arlington, VA 22204