TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorneys
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6607
                     (213) 894-2740
    Facsimile:   (213) 894-0115
    E-mail:      robert.conte@usdoj.gov
                     john.ellis3@usdoj.gov

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>WAHEEB G. ANTAKLY and<br>MARIA T. ANTAKLY,<br><br>        Defendants. | No. 2:21-cv-2904-RGK<br><br>Stipulation Between Waheeb G. Antakly and the United States of America to Extend Time to Respond to Complaint By Not More Than 30 Days (L.R. 8-3)<br><br>Complaint Served:    5/12/2021<br>Current Response Date:  6/2/2021<br>New Response Date:    7/2/2021<br><br>Hon. R. Gary Klausner |

        Plaintiff United States of America (United States) and defendant Waheeb G. Antakly stipulate pursuant to Local Rule 8-3 that:

        1.     On April 5, 2021, the United States filed the complaint (ECF 1) in this case.

        2.     On April 7, 2021, the Clerk of the Court issued a 21-day summons (summons, ECF 5) relating to the complaint.

        3.     On May 12, 2021, the United States served the complaint and summons on Waheeb G. Antakly.

        4.     Waheeb G. Antakly had until June 2, 2021, to respond to the complaint.

1    5.   Waheeb G. Antakly may respond to the complaint no later than July 2, 2021.

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: May 31, 2021

JOHN D. ELLIS
ROBERT F. CONTE
Assistant United States Attorneys

Attorneys for the United States of America

Dated: May 31, 2021

WAHEEB G. ANTAKLY
Pro se

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **June 02, 2021** I served

**Stipulation Between Waheeb G. Antakly and the Unites States of America to Extend Time to Respond to Complaint By Not More Than 30 Days (L.R. 8-3)**

on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. Date of mailing: **June 02, 2021**

Place of mailing: Los Angeles, California

**See attached list**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **June 02, 2021**, Los Angeles, California.

/s/ Nancy Pavon
**Nancy Pavon**

RE: UNITED STATES OF AMERICA V. WAHEEB G. ANTAKLY and MARIA T. ANTAKLY

CASE NO.: 2:21-cv-02904-RGK

<u>**Service List**</u>

**Waheeb Antakly**
**[Redacted per L.R. 5.2-1]**
**Arlington, VA [redacted per L.R. 5.2-1]**