TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorneys
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607
                    (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: robert.conte@usdoj.gov
              john.ellis3@usdoj.gov

Attorneys for the
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>WAHEEB G. ANTAKLY and<br>MARIA T. ANTAKLY,<br><br>        Defendants. | No. 2:21-cv-2904-RGK-JPR<br><br>[~~Proposed~~] Order Approving Stipulation to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) |

1

1  The Court, having read and considered the Stipulation to Transfer Venue Pursuant
2  to 28 U.S.C. § 1404(a) (Stipulation, ECF No. 16) and for good cause shown,
3  ORDERS that the Stipulation is in all respects APPROVED.  The Clerk of the
4  Court is directed the transfer this case to the United States District Court for the Eastern
5  District of Virginia.  No further proceedings shall be had in this Court.

**IT IS SO ORDERED.**

Dated: July 8, 2021

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE